Argued and submitted September 18, 1995, reversed and remanded
February 7, 1996

In the Matter of the Compensation of
Duane B. Meeker, Claimant.

Duane B. MEEKER,
*Petitioner,*

*v.*

CORNELL MFG.
and Liberty Northwest Insurance Corporation,
*Respondents.*

(93-01214; CA A86082)

910 P2d 1175

Susan Frank argued the cause for petitioner. On the brief were Gregory A. Bunnell and Pozzi Wilson & Atchison.

Alexander D. Libmann argued the cause and filed the brief for respondents.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded. *Carroll v. Boise Cascade Corp.,* 138 Or App 610, 910 P2d 1111 (1996).